IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| SCOTT A. BALDWIN and NANCY BALDWIN, | ) ) ) | |
| Plaintiffs, | ) ) | TC-MD 150529R |
| v. | ) ) | |
| DEPARTMENT OF REVENUE, State of Oregon, | ) ) ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, signed by Magistrate Richard Davis and entered March 8, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* TCR-MD 16 C(1).

This matter came before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was scheduled at 9:00 a.m. on January 25, 2016, to consider Plaintiffs' appeal. On January 8, 2016, the court sent notice of the scheduled case management conference to Plaintiffs at the e-mail address Plaintiffs' representative provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiffs did not appear the court might dismiss the appeal.

Plaintiffs failed to appear for the scheduled case management conference. On January 25, 2016, the court sent Plaintiffs' representative a letter that explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The court's letter advised that if Plaintiffs did not provide a written explanation by February 8, 2016, for their

failure to appear, the court would dismiss the appeal. On January 25, 2016, Plaintiffs' representative filed an explanation stating he "was on another telephone conference with IRS on another client." (Ptfs' Ltr at 1, Jan 25, 2016.)

A second case management conference was scheduled at 10:00 a.m. on February 10, 2016, to consider Plaintiffs' appeal. On January 26, 2016, the court sent notice of the scheduled case management conference to Plaintiffs at the e-mail address Plaintiffs' representative provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiffs did not appear, the court might dismiss the appeal.

Plaintiffs failed to appear for the scheduled case management conference. On February 10, 2016, the court sent Plaintiffs representative a letter that explained the importance of diligently pursuing an appeal. That letter was not returned as undeliverable. The court's letter advised that if Plaintiffs did not provide a written explanation by February 24, 2016, for their failure to appear, the court would dismiss the appeal. As of this date, Plaintiffs have not submitted a written response to the court's letter explaining their failure to appear. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Plaintiffs' appeal is dismissed.

Dated this _____ day of March 2016.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on March 28, 2016.*